**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Erick JEAN–LOUIS, a.k.a. Trap,**
**Defendant–Appellant.**

No. 12–12810

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 3, 2013.

Karen Atkinson, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, John C. McMillan, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

John J. Richardson, The Law Office of John J. Richardson, PA, Boca Raton, FL, for Defendant–Appellant.

Erick Jean–Louis, Arcadia, FL, pro se.

Before MARTIN, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Richardson, appointed counsel for Erick Jean–Louis in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jean–Louis's conviction and sentence are **AFFIRMED.**